UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BELLEROC COMMERCIAL, LLC,<br>    Plaintiff,<br><br>-v-<br><br>DAVID WOLFE and<br>GRAND TRAVERSE TIRE & WHEEL,<br>    Defendants. | No. 1:12-cv-924<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

The parties were ordered to participate in standard-track case evaluation under W.D. Mich. LR Civ. P. 16.5. (ECF No. 30.) The parties both accepted the case evaluation panel's recommendation. (ECF No. 87.) Following the Local Rule, which adopts the case evaluation procedures contained in the Michigan Rules of Court, the parties were ordered to file proof of payment by January 27, 2014. (ECF No. 88.) If no proof of payment was filed, judgment would enter. The deadline has passed and proof of payment was not filed.

As required by the aforementioned rules, as well as Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Plaintiff Belleroc Commercial in the amount of $20,000 against Defendants David Wolfe and Grand Traverse Tire and Wheel.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:   January 31, 2014                                     /s/ Paul L. Maloney
                                                                                              Paul L. Maloney
                                                                                               Chief United States District Judge